IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

ROBOTIC VISION TECHNOLOGIES LLC, a Nevada Limited Liability Company, and FREDERICK WEIDINGER, an individual,

Plaintiffs,

vs.

ADIL SHAFI, an Individual,

Defendant.

Case No. 1:11cv250 (TSE/TRJ)

## DECLARATION OF ADIL SHAFI

I, Adil Shafi, hereby declare under penalty of perjury, as follows:

1. I reside in Brighton Michigan and have continuously resided in Brighton Michigan since before 2008.

2. After I was terminated from Braintech in November, 2008, I formed a Michigan corporation known as Advenovation.

3. Currently I am the President of Advenovation. Advenovation is a Michigan corporation and its principal place of business is located in Brighton Michigan.

4. Advenovation is in the vision guided robotics software business.

5. Advenovation has no offices or presence in the State of Virginia. Advenovation has no customers located in Virginia and I am personally aware that

Advenovaton has not solicited any business from potential customers located in the State of Virginia.

6.  Since the day I was terminated from Braintech on November 19, 2008, I have not physically been present in the State of Virginia except for two days on September 13 and 14, 2010 for the purpose of attending the deposition of Frederick Weidinger in connection with the Michigan Case. During those two days, I did not conduct any business on behalf of Advenovation.

7.  If I am called as a witness to testify as to the foregoing, I am competent and able to do so.

Dated MAY 23, 2011

_____
Adil Shafi