IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBOTIC VISION TECHNOLOGIES LLC, et al., ) ) ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:11cv250 |
| v. ) | |
| ) | |
| ADIL SHAFI, ) | |
| Defendant. | |

## ORDER

The matter is before the Court on defendant's motion to dismiss pursuant to Rules 12(b)(6) and 12(b)(3), Fed. R. Civ. P. (Doc. 9), which motion was noticed for a hearing at 10:00 a.m., Friday, June 17, 2011.

For good cause, and to accommodate the Court's docket,

It is hereby **ORDERED** that the hearing in this matter is **CONTINUED** one week, to 10:00 a.m., Friday, June 24, 2011.

The Clerk is directed to remove this matter from the June 17 Friday docket and to send a copy of this Order to all counsel of record.

Alexandria, VA
June 13, 2011

T. S. Ellis, III
United States District Judge