IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBOTIC VISION TECHNOLOGIES LLC, ) <br> and FREDERICK WEIDINGER, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ADIL SHAFI, ) <br>     Defendant. ) | Civil Action No. 1:11-cv-250 |

## ORDER

The matter is before the Court on defendant's unopposed motion to continue (Docs. 22 and 23), filed on June 22, 2011. Defendant's motion in this regard is based on the fact that Michigan lead counsel, James P. Murphy, Esq., died unexpectedly from natural causes on June 16, 2011, for which the Court offers its sincere condolences.

A review of the record reflects that defendant's motion pursuant to Rule 12, Fed. R. Civ. P. has been fully briefed and was noticed for a hearing at 10:00 a.m., Friday, June 24, 2011.

For good cause, and without objection from the plaintiffs,

It is hereby **ORDERED** that defendant's motion to continue is **GRANTED**.

Accordingly, it is further **ORDERED** that the hearing on defendant's pending Rule 12 motion is **CONTINUED** one week, to 10:00 a.m., Friday, July 1, 2011.

It is further **ORDERED** that the scheduling order previously entered in this case is **VACATED** and all other matters in this case, including discovery, are hereby **STAYED** pending resolution of defendant's Rule 12 motion.

The Clerk is directed to remove this matter from the June 24, 2011 Friday docket and to send a copy of this Order to all counsel of record.

Alexandria, VA
June 22, 2011

/s/
T. S. Ellis, III
United States District Judge