**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**ALEXANDRIA DIVISION**

ROBOTIC VISION TECHNOLOGIES LLC, a
Nevada Limited Liability Company, and

FREDERICK WEIDINGER, an Individual,    Case No.: 1:11cv250 (TSE/TRJ)


Plaintiffs,


v.


ADIL SHAFI, an Individual,


Defendant.
_____/

**NOTICE OF ENTRY OF ORDER IN MICHIGAN ACTION ON DEFENDANT**
**ADIL SHAFI'S AMENDED MOTION IN LIMINE**

Plaintiffs Robotic VISION Technologies LLC and Frederick Weidinger submit this Notice of Entry of Order in Michigan Action to provide this Court with a copy of the Order entered on June 20, 2011, by the federal court in Michigan, which denied the motion in limine filed by Adil Shafi (Plaintiff in the Michigan Action and Defendant in this action).  In this case,

Shafi's motion in limine was referenced in Plaintiffs' Response Brief (D.I. 15, pp. 18-19, n. 10) and attached thereto as Exhibit 15.

                                              Respectfully submitted,

                                              s/ H. Jonathan Redway
                                              H. Jonathan Redway (Va. Bar. No. 42189)
                                              jredway@dickinsonwright.com
                                              DICKINSON WRIGHT PLLC
                                              1875 Eye St, N.W., Suite 1200
                                              Washington, D.C.   20006
                                              Tel:   202.659.6946
                                              Article I.       Fax: 202.659.1559

                                              Thomas G. McNeill (MI Bar No. P36895)
                                              TMcNeill@dickinsonwright.com
                                              Michelle L. Alamo (MI Bar No. P60684)
                                              MAlamo@dickinsonwright.com
                                              DICKINSON WRIGHT PLLC
                                              500 Woodward Ave, Suite 4000
                                              Detroit, Michigan 48226
                                              Tel:   313.223.3500
                                              Fax: 313.223.3598

Dated:  June 28, 2011

I hereby certify that on June 28, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

/s/ Michelle L. Alamo (P60684)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226
(313) 223-3500
malamo@dickinsonwright.com