IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBOTIC VISION TECHNOLOGIES LLC, a Nevada Limited Liability Company, and FREDERICK WEIDINGER, an individual, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| ADIL SHAFI, an individual, | ) ) |
| Defendant. | ) ) |

Case No. 1:11-cv-250 (TSE/TRJ)

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned, who is admitted and authorized to practice in this court, does hereby enter his appearance in the above-captioned matter as counsel for Plaintiffs Robotic Vision Technologies LLC and Frederick Weidinger. A copy of this Notice is being severed upon counsel of record for Defendant Adil Shafi.

Cecil E. Key
Va. Bar No. 41018
DICKINSON WRIGHT PLLC
1875 Eye St, N.W.
Suite 1200
Washington, D.C.  20006
ckey@dickinsonwright.com
Tel:  202.659.6925
Fax:  202.659.1559

Dated: June 30, 2011

Respectfully submitted,

\_\_\_\_/s/_____
Cecil E. Key
Va. Bar No. 41018
ckey@dickinsonwright.com
H. Jonathan Redway
Va. Bar No. 42189
jredway@dickinsonwright.com
DICKINSON WRIGHT PLLC
1875 Eye St, N.W.
Suite 1200
Washington, D.C.  20006
Tel:  202.659.6925
Fax: 202.659.1559

Thomas G. McNeill
MI Bar No. P36895
TMcNeill@dickinsonwright.com
Michelle L. Alamo
MI Bar No. P60684
MAlamo@dickinsonwright.com
DICKINSON WRIGHT PLLC
500 Woodward Ave
Suite 4000
Detroit, Michigan 48226
Tel:  313.223.3500
Fax: 313.223.3598

Dated: June 30, 2011

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　Cecil E. Key