## ** CIVIL MOTION MINUTES **

Date: 7-01-2011

Time: 11:15 - 11:43

Judge: Ellis
Reporter: M. Rodriquez

Civil Action Number: 1:11-cv-00250

**ROBOTIC VISION TECHNOLOGIES, LLC, et al** vs. **ADIL SHAFI**

Appearances of Counsel for   ( X ) Pltf    ( X ) Deft

Motion to/for:
Motion to Change Venue, Motion to Dismiss [9] by Deft.

Argued &
( ) Granted  ( ) Denied  ( ) Granted in part/Denied in part
( ) Taken Under Advisement  ( ) Continued to

Motion to Change Venue - Granted
Motion to Dismiss - Denied

( ) Report and Recommendation to Follow
( X ) Order to Follow

Pltf - Michelle Alamo

Deft - John Tran